THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICOLA ELIA, Alias NICK ELIA, Alias BULL; FRANK PERSICO, Alias FAT FRANK; SIMON ZAIENTZ, Alias SAMMY ZAIENTZ; SOL SHUSTER; LOUIS IANNACONE; ANTHONY POLIMENI, Appellants, Impleaded with Others, Defendants.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

NYCK KOTYK, Also Known as NICK KOTT, Appellant, v. REALTY HOTELS, INC., Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ROBERT BLUMENTHAL, as Executor, and Others, Appellants, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ELEANOR SCAFFURI, Respondent, and VINCENT SCAFFURI, Plaintiff, v. MARY SMITH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

APPLIANCE INVESTMENT COMPANY, Appellant, v. AMERICAN TELEPHONE AND TELEGRAPH COMPANY and WESTERN ELECTRIC COMPANY, INCORPORATED, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

JAMES FANNING, Doing Business as FANNING AUTO RENTING SERVICE, and J. P. LINAHAN, INCORPORATED, Respondents, v. VICTORIA O'REILLY, Individually, and as Executrix, etc., of FRANK G. O'REILLY, Deceased, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GUST KUSAS, Respondent, v. JOHN KUSAS, Doing Business under the Firm Name and Style of J. KUSAS TRUCKING CO., Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HAROLD FIELDS, Respondent, v. JOSEPH L. ROSENBERG, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPH GEDEON, Appellant, v. NEWS SYNDICATE CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

1165 FIFTH AVENUE CORPORATION, Respondent, v. GRACE FULLERTON THOMS and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.